# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

151096(57)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY RYAN GUNNELLS,
      Defendant-Appellant.

SC: 151096
COA: 317326
Wayne CC: 12-011108-FC

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

p0229